1  David S. Kupetz (CA Bar No. 125062)
     *dkupetz@sulmeyerlaw.com*
2  Steven F. Werth (CA Bar No. 205434)
     *swerth@sulmeyerlaw.com*
3  Claire K. Wu (CA Bar No. 295966)
     *ckwu@sulmeyerlaw.com*
4  **Sulmeyer**Kupetz
   A Professional Corporation
5  333 South Grand Ave, Suite 3400
   Los Angeles, California 90071
6  Telephone: 213.626.2311
   Facsimile: 213.629.4520
7
   Attorneys for Sandbox VR Topanga, LLC and
8  related debtors

9              **UNITED STATES BANKRUPTCY COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11             **SAN FERNANDO VALLEY DIVISION**

12  In re                               Case No.  1:20-bk-11434-MB

13  SANDBOX VR TOPANGA, LLC, a          Chapter 11
    Delaware limited liability company,
14                                      **EMERGENCY MOTION FOR ORDER
                   Debtor.             DIRECTING JOINT ADMINISTRATION
15                                      OF RELATED CASES; MEMORANDUM
                                        OF POINTS AND AUTHORITIES;
16  Federal EIN:  83-2063050            DECLARATION OF STEVEN ZHAO**

17                                      Date:    [To Be Determined By Court]
                                        Time:    [To Be Determined By Court]
18                                      Place:   U.S. Bankruptcy Court
                                                 Courtroom 303
19                                               21041 Burbank Blvd.
                                                 Woodland Hills, CA 91367
20

21

22

23

24

25

26

27

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1  **TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY**

2  **JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL OTHER**

3  **INTERESTED PARTIES:**

4  **EMERGENCY MOTION AND NEED FOR EMERGENCY RELIEF**

5  Sandbox VR Topanga, LLC, a Delaware limited liability company, the debtor and debtor

6  in possession in the above-captioned case ("Topanga"), respectfully requests an order directing

7  this case to be jointly administered with the chapter 11 cases of (1) its parent Glostation Core

8  USA, Inc., a Delaware corporation ("Core"), (2) the parent of Core, which is Glostation USA, Inc.,

9  a Delaware corporation, and (3) eight wholly-owned subsidiaries of Core, all of whom are in

10  Chapter 11 cases pending before this Court.  Each of the following entities has filed an identical

11  motion in its own bankruptcy case, as identified below:

| Entity | Bankruptcy Case No. |
|---|---|
| Glostation USA, Inc., a Delaware corporation | 1:20-bk-11435-MB |
| Glostation Core USA, Inc., a Delaware corporation | 1:20-bk-11436-MB |
| Sandbox VR Mission Valley, LLC, a Delaware limited liability company | 1:20-bk-11437-MB |
| Sandbox VR San Mateo, LLC, a Delaware limited liability company | 1:20-bk-11438-MB |
| Sandbox VR Cerritos, LLC, a Delaware limited liability company | 1:20-bk-11439-MB |
| Sandbox VR Topanga, LLC, a Delaware limited liability company | 1:20-bk-11434-MB |
| Sandbox VR Ridge Hill, LLC, a Delaware limited liability company | 1:20-bk-11440-MB |
| Sandbox VR Austin, LLC, a Delaware limited liability company | 1:20-bk-11441-MB |
| Sandbox VR Colony, LLC, a Delaware limited liability company | 1:20-bk-11442-MB |
| Sandbox VR Oakbrook, LLC, a Delaware limited liability company | 1:20-bk-11443-MB |

Sandbox VR Pop-Up, LLC,
a Delaware limited liability company                    1:20-bk-11444-MB

The above entities are collectively referred to as the "Debtors".  A chart of the Debtors'

corporate structure is attached hereto as **Exhibit 1**.  Topanga requests that the Debtors' cases be

treated as a single case for administrative purposes only, and does not request substantive

consolidation of these cases at this time.

Topanga requests this relief on an emergency basis because keeping the bankruptcy cases

of the Debtors separately administered for the time it would take for this Motion to be heard on

regular notice likely would result in the Debtors filing numerous duplicative pleadings in the

Debtors' 11 bankruptcy cases, thereby resulting in unnecessary and avoidable, yet potentially

significant, administrative costs.

Moreover, Glostation USA, Inc. is concurrently filing several other emergency motions

and Topanga submits that it makes sense to schedule the hearing on this motion for the same date

and time in the interests of efficiency and conservation of Court resources.

Topanga respectfully requests that joint administration of the Debtors' estates include:

(a)     the use of joint pleadings docket (i.e., the docket established for the case of

Glostation USA, Inc., Case No. 1:20-bk-11435-MB) for the filing of pleadings and the lodging

and entry of orders, judgments, and related documents (but excluding schedules of assets and

liabilities, statements of financial affairs, Proofs of Claim, requests for payment of administrative

expenses, and the notice of joint administration);

(b)     the use of a joint pleadings caption;

(c)     combined notices to creditors and other parties in interest.

With respect to the joint pleadings docket, Topanga proposes that the docket be maintained

in Glostation USA, Inc.'s bankruptcy case.  With respect to the joint pleadings caption, Topanga

proposes, and requests authority, to use the case caption substantially in the form attached hereto

as **Exhibit 2**.  Topanga further respectfully requests that the Court direct the Clerk of the Court to

place a notation in the docket maintained for each of the Debtors' cases to reflect that their cases

are being jointly administered.

1   This motion is brought in accordance with Federal Rule of Bankruptcy Procedure 1015(b)

2   and Local Bankruptcy Rules 1015-1(b) and 9075-1(a), and is made on the grounds that joint

3   administration of the cases is appropriate because it will alleviate the necessity for duplicate

4   papers, notices and proceedings before the Court, and thereby minimize costs and ease the

5   administrative burden for the estates, the Court, and interested parties.  The Debtors comprise a

6   single business enterprise, are co-obligors on multiple debts, and anticipate that any plan of

7   reorganization will be a joint plan among them.

8   This motion is based on the attached Memorandum of Points and Authorities, the

9   supporting exhibit(s) attached hereto, the attached declaration of Steven Zhao, and the arguments

10  of counsel to be made at the hearing on the Motion.

11  **FOR THESE REASONS**, Topanga respectfully requests that the Court enter an order:

12  1.      Granting the Motion;

13  2.      Directing the joint administration of the Debtors' Chapter 11 cases as requested

14  herein; and

15  3.      Granting such other relief as the Court deems just and proper.

16  DATED:  August 13, 2020              Respectfully submitted,

17                                        **Sulmeyer**Kupetz

18                                        A Professional Corporation

19

20                                        By:    _/S/ David S. Kupetz_

21                                               David S. Kupetz
                                                 Steven F. Werth
22                                               Claire K. Wu
                                                 Attorneys for Sandbox VR Topanga, LLC and
23                                               related debtors

24

25

26

27

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.**

<u>**BACKGROUND**</u>

Topanga, Glostation USA, Inc., Core, and eight other wholly-owned subsidiaries of Core identified above as – collectively, the Debtors – are all part of a single business enterprise established to develop, operate, and franchise facilities offering live-action, hyper reality experiences, including virtual reality and physical adventures with a full body tracking system, operating under the name "Sandbox VR ™" (the "<u>Business</u>").  The website for the Business is www.sandboxvr.com.

The virtual reality experience the Business provides includes placing customers in enclosed rooms --referred to as a holodeck or "deck"--after outfitting each customer with a virtual reality headset, or "HMD" (head-mounted display), and equipment which transmit information to, and can be read by, various electronic devices that surround the deck.  The electronic system can read the customer's position on the deck, and also transmits to the customer a virtual image of the other persons on the deck, as well as a virtual image of what that customer can "see" as that customer moves about the deck.  There are no cords, so customers can move around the deck freely.

Currently, customers can choose one of five different "experiences"--a digital gaming experience with a narrative centered around the group of customers.  These experiences are either horror-themed, science fiction-themed, or pirate-themed.  Because virtual reality technology is still at its inception, there is no limit to the type of experiences that customers could potentially experience using the Debtors' system.

Similar to laser tag or escape rooms, the Debtors provide team-oriented, physical entertainment where teams collaborate to achieve a joint goal.  Because these events are social and collaborative, they are ideal for families, small groups, and team outings.  Prior to the COVID-19 crisis, the Debtors' locations had seen strong traction as venues for corporate team-building events.

On August 13, 2020 (the "<u>Petition Date</u>"), each of the Debtors filed voluntary petitions

1  under Chapter 11 of the United States Bankruptcy Code. The Debtors' corporate structure

2  required each of the Debtors to commence an individual bankruptcy case, due to the following:

3  • Each of the Debtors is a borrower under a $4 million loan issued by Silicon Valley

4     Bank.

5  • Each of the Debtors is a borrower under an approximately $7 million loan issued

6     by TriplePoint Capital LLC.

7  • Numerous of the Debtors are parties to leases, and Glostation USA, Inc. is a

8     guarantor of each of those leases.

9  • The Debtors' employees are all employed by the following three Debtor entities: (i)

10    Sandbox VR San Mateo, LLC employs its own retail store staff; (ii) Sandbox VR

11    Pop-Up, LLC employs its own retail store staff, as well as the retail store staff for

12    all other Debtors except San Mateo; and (iii) Glostation USA, Inc. employs all non-

13    retail staff.

14     The Debtors together form a single enterprise. Glostation USA, Inc. is the primary

15 operating entity, which indirectly controls, through Glostation Core USA, Inc., the remaining nine

16 debtor entities. Further, Glostation USA, Inc., is the licensee of two patents (from a related entity)

17 that the Debtors require in order to operate their business. As such, the Debtors form a single

18 enterprise, share many of the same creditors, and utilize all of the same intellectual property

19 licensed by Glostation USA, Inc., and that makes joint administration of the Debtors' cases

20 appropriate here.

21                                      **II.**

22          **JOINT ADMINISTRATION OF THE DEBTORS' CASES IS APPROPRIATE**

23     Federal Rules of Bankruptcy Procedure 1015(b) authorizes the Court to order joint

24 administration of cases involving two or more related debtors. *See* Fed. R. Bankr. P. 1015(b).

25 Specifically, Rule 1015 provides, in relevant part, as follows:

26          (b)     *Cases Involving Two or More Related Debtors.* If a joint
            petition or two or more petitions are pending in the same court by or
27          against (1) a husband and wife, or (2) a partnership and one or more
            of its general partners, or (3) two or more general partners, or (4) a
28          debtor and an affiliate, the court may order a joint administration of

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1    the estates.  Prior to entering an order the court shall give
2    consideration to protecting creditors of different estates against
     potential conflicts of interest. ...

3    (c)    *Expediting and Protective Orders.*  When an order for
4    consolidation or joint administration of a joint case or two or more
     cases is entered pursuant to this rule, while protecting the rights of
     the parties under the Code, the court may enter orders as may tend to
5    avoid unnecessary costs and delay.

6    Fed. R. Bankr. P. 1015(b)-(c) (emphasis added).  As stated in the advisory committee notes to

7    Rule 1015,

8    Joint administration as distinguished from consolidation may
     include combining the estates by using a single docket for the
9    matters occurring in the administration, including the listing of filed
     claims, the combining of notices to creditors of the different estates,
10   and the joint handling of other purely administrative matters that
     may aid in expediting the cases and rendering the process less
11   costly.

12   Fed. R. Bankr. P. 1015 Advisory Committee Note (1983).

13         Joint administration for procedural and administrative matters differs significantly from

14   substantive consolidation, in which the debtors' assets and liabilities are pooled, and the creditors

15   of the separate entities jointly share pro rata in the aggregate net value of the estates.  *See In re*

16   *Standard Brands Paints Co.*, 154 B.R. 563 (Bankr. C.D. Cal. 1993).  Joint administration is

17   merely procedural, and has no impact on the substantive rights of creditors.  *In re N.S. Garrott &*

18   *Sons*, 63 B.R. 189, 191 (Bankr. E.D. Ark. 1986).  Each creditor may still file its claim against a

19   particular debtor's estate by indicating on the proof of claim the particular debtor against which the

20   claim is being asserted, and may, in any given contested matter, identify the particular debtor

21   against which relief is sought.  Each creditor will still maintain its rights against the particular

22   estate which the creditor alleges owes it money.

23         Joint administration of the Debtors' estates is appropriate here.  First, the Debtors are

24   affiliates.  Second, joint administration will promote judicial economy.  Third, there is no other

25   conflict that would hinder or interfere with joint administration.

26   **A.    The Debtors are "Affiliates"**

27         Under the Bankruptcy Code, an "affiliate" includes, among other things, a

28         corporation 20 percent or more of whose outstanding voting

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1      securities are directly or indirectly owned, controlled, or held with
power to vote . . . by an entity that directly or indirectly owns,

2      controls, or holds with power to vote, 20 percent or more of the
outstanding voting securities of the debtor, other than an entity that

3      holds such securities—(i) in a fiduciary or agency capacity without
sole discretionary power to vote such securities; or (ii) solely to

4      secure a debt, if such entity has not in fact exercised such power to
vote.

5

6  11 U.S.C. § 101(2)(B).  The term "entity" includes "person."  11 U.S.C. § 101(15).  As is visually

7  represented in the attached Exhibit 1, Glostation USA, Inc. owns 100% of Core, and Core is the

8  100% owner of each of the other Debtors.  None of those owners hold their securities "in a

9  fiduciary or agency capacity without voting power or solely to secure debt."  Accordingly, each of

10  the Debtors are "affiliates" as defined by the Bankruptcy Code.

**B.**    <u>**Joint Administration Will Promote Judicial Economy**</u>

11        Joint administration will promote the economic interest of the Debtors' estates and

12  facilitate judicial administration because of the nature and relationship among the Debtors.  The

13  Debtors together comprise a single business enterprise.  In fact, the Debtors have prepared and

14  filed a consolidated master mailing list and list of top 30 general unsecured creditors given there is

15  significant overlap in the Debtors' creditor bodies.[1]  Moreover, the success of their respective

16  cases will require a joint effort among the Debtors, as certain of the Debtors lease operating

17  facilities, but only one of the Debtors is the licensee of the necessary Intellectual Property to

18  operate them.

19        Furthermore, joint administration of the Debtors' cases will promote judicial economy and

20  render the judicial process less costly for all creditors and parties in interest by alleviating the

21  necessity for duplicate papers, notices and proceedings before the Court.  The clerk's office will be

22  relieved of the burden of having to maintain separate pleadings' files and separate dockets with

23  duplicative entries, while the Debtors will be relieved of duplicative noticing and excessive

24  copying costs associated with separate service of identical pleadings in each of the Debtors' cases.

25  Creditors will only need to review a single pleading and docket to determine the case status versus

26

27  ———————————

[1] Concurrently, the Debtors are filing a motion to file a consolidated master mailing list and list of

28  top 30 general unsecured creditors in the proposed lead case.

1  having to review pleadings and dockets in each of the two pending cases.  Supervision of

2  administrative aspects of the Debtors' Chapter 11 cases by the Office of the United States Trustee

3  will also be simplified.

4      For the same reasons set forth above, joint administration of the Debtors' estates is also

5  consistent with Rule 1001, which provides, in relevant part, that "[t]hese rules shall be construed

6  to secure the just, speedy and inexpensive determination of every case and proceeding."  Fed. R.

7  Bankr. P. 1001.

8  **C.**    <u>**Other Considerations**</u>

9      Topanga is unaware of any present existing actual conflicts among the Debtors' estates that

10  would hinder or interfere with joint administration or prejudice creditors of their estates by reason

11  of joint administration.  The Debtors operate a single enterprise and the success of one of them

12  depends on the success of the others.  They are each owned by a single ultimate interest holder,

13  Sandbox VR, Inc., which has a 100% direct or indirect interest in each of the Debtors.  While

14  certain of the Debtors have intercompany claims against other Debtors, that is a result of the

15  enterprise's cash management system and not reflective of conflicting interests among various

16  Debtor parties.   Further, the relief sought is purely procedural and is not intended to affect

17  substantive rights.  Topanga is requesting joint administration of the Debtors' estates for

18  procedural purposes only, and is not seeking substantive consolidation.  In the event that a conflict

19  arises in the future by reason of joint administration, the Court can fashion an appropriate remedy

20  at that time, pursuant to Rule 1015(c), to protect creditors and interest holders.

21      In fact, joint administration may actually serve to protect the interests of parties who are

22  creditors of one or more of the Debtors.  Due to the close relationship among the Debtors, any

23  actions taken by or against one of the Debtors will likely affect the other Debtors, at least

24  indirectly.  Thus, a party who is an "interested party" with respect to one of the Debtors likely also

25  will be an "interested party" with respect to the other Debtors.  Joint administration of the case will

26  permit interested parties to monitor a single docket, and will increase the likelihood that all

27  interested parties will receive notices of all matters that may affect them either directly or

28  indirectly.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

## III.

## PROPOSED PROCEDURE

Topanga respectfully requests that joint administration of the Debtors' estates include:

(a)      the use of joint pleadings docket (i.e., the docket established for the case of Glostation USA, Inc., case no. 1:20-bk-11435-MB) for the filing of pleadings and the lodging and entry of orders, judgments, and related documents (but excluding schedules of assets and liabilities, statements of financial affairs, Proofs of Claim, requests for payment of administrative expenses, and the notice of joint administration);

(b)      the use of a joint pleadings caption;

(c)      combined notices to creditors and other parties in interest.

With respect to the joint pleadings docket, Topanga proposes that the docket be maintained in the bankruptcy case of Glostation USA, Inc.  With respect to the joint pleadings caption, Topanga proposes, and requests authority, to use the case caption substantially in the form attached hereto as **Exhibit 2**.

If the Court grants this motion, Topanga will file and serve a notice substantially identical to that attached hereto as **Exhibit 3** (or other form ordered by the Court) on all creditors advising them of the joint administration.  Topanga further requests that the Court direct the Clerk of the Court to place a notation, such as the following notation, in the docket maintained for each of the Debtors' cases to reflect that their cases are being jointly administered:

An order has been entered in this case directing the joint administration of the Chapter 11 cases of Glostation USA, Inc. (case no. 1:20-bk-11435-MB), Glostation Core USA, Inc. (case no. 1:20-bk-11436-MB), Sandbox VR Mission Valley, LLC (case no. 1:20-bk-11437-MB), Sandbox VR San Mateo, LLC (case no. 1:20-bk-11438-MB), Sandbox VR Cerritos, LLC (case no. 1:20-bk-11439-VK), Sandbox VR Topanga, LLC (case no. 1:20-bk-11434-MB), Sandbox VR Ridge Hill, LLC (case no. 1:20-bk-11440-MB), Sandbox VR Austin, LLC (case no. 1:20-bk-11441-MB), Sandbox VR Colony, LLC (case no. 1:20-bk-11442-MB), Sandbox VR Oakbrook, LLC (case no. 1:20-bk-11443-MB), and Sandbox Pop-Up, LLC (case no. 1:20-bk-11444-MB) for procedural/administrative purposes only.  The docket in the case of Glostation USA, Inc., case no. 1:20-bk-11435-MB, should be consulted for all matters affecting all such cases, except that the clerk of the Court shall maintain a separate claims register for each case, and parties shall file any Proofs of Claim and/or requests for payment of

administrative expenses in the case of the particular debtor from whom payment is sought.

### IV.

### CONCLUSION

For the reasons set forth above, Topanga respectfully requests that the Court enter an order (i) granting the Motion; (ii) directing the joint administration of the Debtors' Chapter 11 cases as requested herein; and (iii) granting such other relief as the Court deems just and proper.

Dated:  August 13, 2020                        Respectfully submitted,

                                               **Sulmeyer**Kupetz
                                               A Professional Corporation


                                               By:  ___/S/ David S. Kupetz___
                                                    David S. Kupetz
                                                    Steven F. Werth
                                                    Claire K. Wu
                                                    Attorneys for Sandbox VR Topanga, LLC and
                                                    related debtors

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

## DECLARATION OF STEVEN ZHAO

I, Steven Zhao, declare:

1.    I am over the age of 18 years.

2.    I have personal knowledge of the facts stated herein. I can testify that these facts are true and correct.

3.    I make this declaration in support of the attached "Emergency Motion For Order Directing Joint Administration Of Related Cases " (the "Motion"). Capitalized terms have the meaning given them in the Motion.

4.    I am the manager of Topanga. I have been the manager of Topanga since its formation.

5.    Topanga is part of a single business enterprise, along with its parent, Glostation Core USA, Inc., its parent Glostation USA, Inc., and eight other wholly-owned subsidiaries of Glostation Core USA, Inc., established to develop, operate, and franchise facilities offering live-action, hyper reality experiences, including virtual reality and physical adventures with a full body tracking system, operating under the name "Sandbox VR ™". The website for the Business is www.sandboxvr.com.

6.    The virtual reality experience the Business provides includes placing customers in enclosed rooms --referred to as a holodeck or "deck"--after outfitting each customer with a virtual reality headset, or "HMD" (head-mounted display), and equipment which transmit information to, and can be read by, various electronic devices that surround the deck. The electronic system can read the customer's position on the deck, and also transmits to the customer a virtual image of the other persons on the deck, as well as a virtual image of what that customer can "see" as that customer moves about the deck. There are no cords, so customers can move around the deck freely.

7.    Currently, customers can choose one of five different "experiences"--a digital gaming experience with a narrative centered around the group of customers. These experiences are either horror-themed, science fiction-themed, or pirate-themed. Because virtual reality technology is still at its inception, there is no limit to the type of experiences that customers

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1  could potentially experience using the Debtors' system.

2         8.     Similar to laser tag or escape rooms, the Debtors provide team-oriented,

3  physical entertainment where teams collaborate to achieve a joint goal. Because these events are

4  social and collaborative, they are ideal for families, small groups, and team outings. Prior to the

5  COVID-19 crisis, the Debtors' locations had seen strong traction as venues for corporate team-

6  building events.

7         9.     On the Petition Date, each of the Debtors filed voluntary petitions under

8  Chapter 11 of the United States Bankruptcy Code. The Debtors' corporate structure required each

9  of the Debtors to commence an individual bankruptcy case, due to the following:

10

11      • Each of the Debtors is a borrower under a $4 million loan issued by Silicon Valley

12        Bank.

13

14      • Each of the Debtors is a borrower under an approximately $7 million loan issued

15        by TriplePoint Capital LLC.

16

17      • Numerous of the Debtors are parties to leases, and Glostation USA, Inc. is a

18        guarantor of each of those leases.

19

20      • The Debtors' employees are all employed by the following three Debtor entities:  (i)

21        Sandbox VR San Mateo, LLC employs its own retail store staff; (ii) Sandbox VR

22        Pop-Up, LLC employs its own retail store staff, as well as the retail store staff for

23        all other Debtors except San Mateo; and (iii) Glostation USA, Inc. employs all non-

24        retail staff.

25

26         10.    The Debtors together form a single enterprise. Glostation USA, Inc. is the

27  primary operating entity, which indirectly controls, through Glostation Core USA, Inc., the

28  remaining nine debtor entities. Further, Glostation USA, Inc., is the licensee of two patents (from

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

a related entity) that the Debtors require in order to operate their business.  As such, the Debtors form a single enterprise, share many of the same creditors, and utilize all of the same intellectual property licensed by Glostation USA, Inc.

11.    There is significant overlap in the Debtors' creditor bodies.  Moreover, the success of their respective cases will require a joint effort among the Debtors.

12.    I am unaware of any present existing actual conflicts among the Debtors' estates that would hinder or interfere with joint administration or prejudice creditors of their estates by reason of joint administration.

13.    The Debtors are owned by a single ultimate interest holder, Sandbox VR, Inc., which has a 100% direct or indirect interest in each of the Debtors.  While certain of the Debtors may have intercompany claims against other Debtors, that is a result of the enterprise's cash management system and not reflective of conflicting interests among various debtor parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed July 31, 2020, in Hong Kong.

_____
Steven Zhao

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

EXHIBIT 1



EXHIBIT 2

David S. Kupetz (CA Bar No. 125062)
  dkupetz@sulmeyerlaw.com
Steven F. Werth (CA Bar No. 205434)
  swerth@sulmeyerlaw.com
Claire K. Wu (CA Bar No. 295966)
  ckwu@sulmeyerlaw.com
**SulmeyerKupetz**
A Professional Corporation
333 South Grand Ave, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Glostation USA, Inc. and
related debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>GLOSTATION USA, INC., a Delaware corporation,<br><br>      Debtor and Debtor in Possession.<br><br>Federal EIN: 37-1875688 | Case No. 1:20-bk-11435-MB<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos.<br>1:20-bk-11436-MB<br>1:20-bk-11437-MB<br>1:20-bk-11438-MB<br>1:20-bk-11439-MB<br>1:20-bk-11434-MB<br>1:20-bk-11440-MB<br>1:20-bk-11441-MB<br>1:20-bk-11442-MB<br>1:20-bk-11443-MB<br>1:20-bk-11444-MB) |
| In re<br><br>GLOSTATION CORE USA, INC., a Delaware corporation,<br><br>      Debtor and Debtor in Possession.<br><br>Federal EIN: 37-1878675 | **[TITLE OF PLEADING]**<br><br>Date:<br>Time:<br>Place:  U.S. Bankruptcy Court<br>        Courtroom<br>        21041 Burbank Blvd.<br>        Woodland Hills, CA 91367 |
| In re<br><br>SANDBOX VR MISSION VALLEY, LLC, a Delaware limited liability company,<br><br>      Debtor and Debtor in Possession.<br><br>Federal EIN: 83-2058276 | |

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

SFW 2701206v1

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In re

SANDBOX VR SAN MATEO, LLC, a
Delaware limited liability company,

            Debtor and Debtor in
            Possession.

Federal EIN:  83-2027702

In re

SANDBOX VR CERRITOS, LLC, a
Delaware limited liability company,

            Debtor and Debtor in
            Possession.

Federal EIN:  83-2558471

In re

SANDBOX VR TOPANGA, LLC, a
Delaware limited liability company,

            Debtor and Debtor in
            Possession.

Federal EIN:  83-2063050

In re

SANDBOX VR RIDGE HILL, LLC, a
Delaware limited liability company,

            Debtor and Debtor in
            Possession.

Federal EIN:  83-2686743

In re

SANDBOX VR AUSTIN, LLC, a Delaware
limited liability company,

            Debtor and Debtor in
            Possession.

Federal EIN:  83-3226478

In re

SANDBOX VR COLONY, LLC, a Delaware
limited liability company,

SFW 2701206v1

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

Debtor and Debtor in Possession.

Federal EIN: 83-3904100

In re

SANDBOX VR OAKBROOK, LLC, a Delaware limited liability company,

Debtor and Debtor in Possession.

Federal EIN: 83-3918848

In re

SANDBOX VR POP-UP, LLC, a Delaware limited liability company,

Debtor and Debtor in Possession.

Federal EIN: 84-2673638

☐ Affects all Debtors

☐ Affects Glostation USA, Inc. only

☐ Affects Glostation Core USA, Inc. only

☐ Affects Sandbox VR Mission Valley, LLC only

☐ Affects Sandbox VR San Mateo, LLC only

☐ Affects Sandbox VR Cerritos, LLC only

☐ Affects Sandbox VR Topanga, LLC only

☐ Affects Sandbox VR Ridge Hill, LLC only

☐ Affects Sandbox VR Austin, LLC only

☐ Affects Sandbox VR Colony, LLC only

☐ Affects Sandbox VR Oakbrook, LLC only

☐ Affects Sandbox VR Pop-Up, LLC only

SFW 2701206v1

EXHIBIT 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David S. Kupetz (CA Bar No. 125062)<br>    dkupetz@sulmeyerlaw.com<br>Steven F. Werth (CA Bar No. 205434)<br>    swerth@sulmeyerlaw.com<br>Claire K. Wu (CA Bar No. 295966)<br>    ckwu@sulmeyerlawy.com<br>**Sulmeyer**Kupetz, A Professional Corporation<br>333 South Grand Ave., 34th Floor<br>Los Angeles, California 90071<br>Tel:  (213) 626-2311<br>Fax: (213) 629-4520<br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Glostation USA, Inc. and related debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br>GLOSTATION USA, INC., a Delaware corporation,<br><br>            Debtor<br>_____ | LEAD CASE NO.: 1:20-bk-11435-MB<br>CHAPTER: 11<br>JOINTLY ADMINISTERED WITH CASE NOS: |
| In re:<br>GLOSTATION CORE USA, INC., a Delaware corporation,<br><br><br>            Debtor<br>_____ | 1:20-bk-11436-MB<br>1:20-bk-11437-MB<br>1:20-bk-11438-MB<br>1:20-bk-11439-MB |
| In re:<br><br>SANDBOX VR MISSION VALLEY, LLC, a Delaware limited liability company,<br><br>            Debtor<br>_____ | 1:20-bk-11434-MB<br>1:20-bk-11440-MB<br>1:20-bk-11441-MB<br>1:20-bk-11442-MB<br>1:20-bk-11443-MB<br>1:20-bk-11444-MB |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*          Page 1      **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**

In re:

SANDBOX VR SAN MATEO, LLC, a Delaware
limited liability company,

                                        Debtor

In re:

SANDBOX VR CERRITOS, LLC, a Delaware
limited liability company,

                                        Debtor

In re:

SANDBOX VR TOPANGA, LLC, a Delaware
limited liability company,

                                        Debtor

In re:

SANDBOX VR RIDGE HILL, LLC, a Delaware
limited liability company,

                                        Debtor

In re:

SANDBOX VR AUSTIN, LLC, a Delaware limited
liability company,

                                        Debtor

In re:

SANDBOX VR COLONY, LLC, a Delaware limited
liability company,

                                        Debtor

In re:

SANDBOX VR OAKBROOK, LLC, a Delaware
limited liability company,

                                        Debtor

**NOTICE OF JOINT ADMINISTRATION
OF CASES AND REQUIREMENTS
FOR FILING DOCUMENTS**

**[LBR 1015-1]**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

December 2014                    Page 2                    F 1015-1.1.NOTICE.JOINT.ADMINISTRATION

In re

SANDBOX VR POP-UP, LLC, a Delaware limited
liability company,

Debtor

☐ Affects All Debtors

☐ Affects Glostation USA, Inc. only

☐ Affects Glostation Core USA, Inc. only

☐ Affects Sandbox VR Mission Valley, LLC only

☐ Affects Sandbox VR San Mateo, LLC only

☐ Affects Sandbox VR Cerritos, LLC only

☐ Affects Sandbox VR Topanga, LLC only

☐ Affects Sandbox VR Ridge Hill, LLC only

☐ Affects Sandbox VR Austin, LLC only

☐ Affects Sandbox VR Colony, LLC only

☐ Affects Sandbox VR Oakbrook, LLC only

☐ Affects Sandbox VR Pop-Up, LLC only

[No Hearing Required]

Debtor(s)

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES: An order
was entered on (*date*) _____ granting a motion to approve joint administration of cases pursuant to FRBP
1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as the caption of this notice.

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or Debtors affected by the filed document.

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court- approved form.

6. **Other**:

Date: August ____, 2020 _____        By: _____
                                                                Signature
                                                            David S. Kupetz
                                                            Steven F. Werth
                                                            Claire K. Wu
                                                            Attorneys for Glostation USA, Inc., Debtor and
                                                            Debtor in Possession

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

December 2014                              Page 4                    F 1015-1.1.NOTICE.JOINT.ADMINISTRATION